UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
JULIO C BURGOS FONTANEZ
BRENDA L RIVERA RIVERA

DEBTOR(S)

CASE NO. 10-02622-MCF

CHAPTER 13

AMENDED
TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

JULIO C BURGOS FONTANEZ  & BRENDA L RIVERA RIVERA
6466 EMERALD DUNES DR
APT 108
WEST PALM BEACH, FL  33411-0000

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0724333 for the amount of $1,786.71.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: January 21, 2016

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535

```
                                   10-02622-MCF
                                   JULIO C BURGOS FONTANEZ
```

## VERIFIED STATEMENT

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

| | |
|---|---|
| JULIO C BURGOS FONTANEZ<br>BRENDA L RIVERA RIVERA<br>6466 EMERALD DUNES DR<br>APT 108<br>WEST PALM BEACH, FL  33411 | FRANCISCO J. RAMOS &<br>ASOCIADOS; ABOGADOS C.S.P.*<br>PO BOX 191993<br>SAN JUAN, PR  00919-1993 |

In San Juan, Puerto Rico this Thursday, January 21, 2016.

_____
Chapter 13 Clerk